No. 04-01-00053-CR



Mark Joseph DUHE,


Appellant



v.


STATE of Texas,

Appellee


From the 339th Judicial District Court, Harris County, Texas

Trial Court No. 854388

Honorable Jon Hughes, Judge Presiding


Memorandum Opinion



Opinion by: Paul W. Green, Justice


Sitting: Phil Hardberger, Chief Justice

 Paul W. Green, Justice

 Karen Angelini, Justice


Delivered and Filed: April 3, 2002


AFFIRMED 


 Because the issues in this appeal involve the application of well-settled principles of
law, we affirm the conviction in this memorandum opinion. Tex. R. App. P. 47.1. We affirm
the conviction for the following reasons:

 1. Duhe did not file a motion for new trial and the record is silent as to defense
counsel's reasons for his actions. Because Duhe fails to present any evidence demonstrating
his counsel's decisions were not the product of sound trial strategy, we overrule his first and
second issues complaining of ineffective assistance of counsel. Tong v. State, 25 S.W.3d
707, 713 (Tex. Crim. App. 2000) (stating a silent record is insufficient to rebut the
presumption that counsel's actions were the result of sound trial strategy). 

 2. The trial court admitted evidence that Duhe admitted having "a part" in prostituting
the daughters of his girlfriend. Although Duhe complains the admission of this statement
was improper, the error, if any, was harmless because the jury heard testimony from other
witnesses detailing Duhe's involvement in the prostitution of his girlfriend's daughters. Tex.
R. App. P. 44.2(a); Leday v. State, 983 S.W.2d 713, 718 (Tex. Crim. App. 1998); Manley v.
State, 28 S.W.3d 170, 177 (Tex. App.-Texarkana 2000, pet. ref'd). 

 The conviction is affirmed.

 PAUL W. GREEN,

 JUSTICE

DO NOT PUBLISH